UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi |
| v. | : | Criminal Number 12-256 (CCC) |
| MICHAEL HEALEY | : | O R D E R |

This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Anthony Moscato, Assistant U.S. Attorney, appearing), and defendant Michael Healey (Timothy M. Donohue, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to this continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1.    Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which plea would render trial of this matter unnecessary;

2.    The defendant has consented to the aforementioned continuance;

3.    The failure to grant such a continuance in the proceedings would be likely to result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i); and

4.    Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 15th day of November 2012,

IT IS ORDERED that the period from the date of this order through and including January 17, 2013, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

s/Claire C. Cecchi
HON. CLAIRE C. CECCHI
United States District Judge

Consented to:

Anthony Moscato
Assistant U.S. Attorney

Timothy M. Donohue, Esq.
Attorney for defendant Healey

2